FILED

06/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0226

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0226

IN THE MATTER OF:

J.R.

A Youth Under the Age of Eighteen.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 28, 2023 to prepare, file and serve the Appellant's opening brief.